In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00115-CV

_____

IN RE COMMITMENT OF GERARD NEIL MATZEN

_____

On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause No. 13-07-07696 CV

_____

## MEMORANDUM OPINION

The trial court clerk notified the appellate court that she was unable to file the record because the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing the record. State Counsel for Offenders notified the Court that the trial court sustained the State's contest to the appellant's affidavit of indigence after the appellant disclosed that he had $15,000 on deposit in the Inmate Trust Fund. The appellant did not challenge the trial court's ruling on the contest. *See* Tex. R. App. P. 20.1(j)(1). We notified the parties that the appeal would be dismissed for want

1

of prosecution unless the appellant either arranged for the trial court clerk to prepare the record or showed that additional time was needed to file the record. *See* Tex. R. App. P. 37.3(b). No response has been filed and the appellant has not shown that he is entitled to proceed without payment of costs. *Id.* We dismiss the appeal for want of prosecution. *Id.*; *see also* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on October 15, 2014
Opinion Delivered October 16, 2014

Before McKeithen, C.J., Horton and Johnson, JJ.

2